[Dkt. Nos. 21, 22 and 23]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | |
|---|---|
| CHARMAINE WRIGHT,<br><br>        Plaintiff,<br><br>   v.<br><br>JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, and CHASE HOME FINANCE LLC,<br><br>        Defendants. | Civil No. 18-8311(RMB/AMD)<br><br>**MEMORANDUM ORDER** |

This matter comes before the Court upon a Motion for Extension of Time [Dkt. No. 22] (the "Motion") to file a response/reply as to the Motion to Dismiss Plaintiff's Complaint [Dkt. No. 21]. On April 22, 2019, the Defendant JP Morgan Chase Bank, National Association, ("Chase") filed opposition to the Motion but did so only to the extent Plaintiff sought leave to amend the Complaint. Chase does not oppose Plaintiff's request for an extension of time to respond to the Motion.

The Court will permit, reluctantly, Plaintiff to file an opposition to the pending Motion to Dismiss. Plaintiff will be afforded fourteen days from the entry of this Order to file her opposition. **Plaintiff shall file her opposition by July 31, 2019.** Moreover, the Court takes this opportunity to note that

Plaintiff has failed to respond to the pending Motion for Sanctions under Federal Rule of Civil Procedure 11 [Dkt. No. 23]. Accordingly, Plaintiff **shall** also submit any opposition within two weeks of the entry of this Order, that is, **by July 31, 2019.**

The Court observes that the Plaintiff's conduct in this case has been unacceptable and unreasonable. Plaintiff has missed almost every single filing deadline in this case. Moreover, the Court expects that the Plaintiff will address in her opposition Defendant's argument that this case should be dismissed because all of Plaintiff's claims have or could have been made in the various state court filings. Plaintiff is hereby warned that in the event that she fails to respond, this Court will construe her failure to respond to mean that she does not contest the Defendant's Motions.

s/_Renee Marie Bumb
RENÉE MARIE BUMB
United States District Judge

Dated: July 17, 2019