[Dkt. Nos. 20, 23]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| CHARMAINE WRIGHT,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and CHASE HOME FINANCE LLC,<br><br>Defendants. | Civil No. 18-8311(RMB/AMD)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon a Motion to Dismiss Plaintiff Charmaine Wright's Complaint [Dkt. No. 20] and a Motion for an Order Deeming Plaintiff as a Vexatious Litigant, Enjoining Future Filings, and for Sanctions [Dkt. No. 23], filed by Defendants JPMorgan Chase Bank, National Association ("JPMorgan") and Chase Home Finance LLC ("Chase Home Finance")(together, "Defendants").

For the reasons set forth in the accompanying Opinion of the same date,

**IT IS** on this **30th** day of **October 2019**, hereby **ORDERED** that:

(1) Defendants' Motion to Dismiss [Dkt. No. 20] is **GRANTED**;

(2) Plaintiff Charmaine Wright's Complaint [Dkt. No. 1] is **DISMISSED WITH PREJUDICE**;

(3) Defendants' Motion for an Order Deeming Plaintiff as a Vexatious Litigant, Enjoining Future Filings, and for Sanctions [Dkt. No. 23] is **GRANTED**, under the terms detailed below;

(4) Plaintiff Charmaine Wright is **DEEMED A VEXATIOUS LITIGANT**, due to her repeated filing of substantially similar complaints stemming from the same series of transactions, despite a prior complaint being dismissed with prejudice;

(5) Plaintiff Charmaine Wright is **ENJOINED** from filing any future complaint, lawsuit, or petition in this District, related to any mortgages or foreclosures, without prior authorization from the Court;

(6) Plaintiff's counsel, Joshua Louis Thomas, Esq., is **SANCTIONED**, pursuant to Fed. R. Civ. P. 11(c), in the amount of $500, payable to Defendants <u>within thirty (30) days of this Order</u>, for costs and fees related to responding to non-cognizable claims asserted under criminal statutes, which lack private causes of action;

(7) In furtherance of this Court's **SANCTIONS**, based on Mr. Thomas's failure to adequately investigate the merits of Plaintiff's case and the viability of her claims before commencing this matter in federal court, Mr. Thomas is **REQUIRED,** pursuant to Fed. R. Civ. P. 11(c), to complete a Continuing Legal Education ("CLE") seminar, which discusses the standards for attorney conduct under Fed. R. Civ. P. 11(c)-(b).  Mr. Thomas must demonstrate that he has complied with this requirement by providing the Court with a copy of a completion certificate and other documentation (such as a course description, agenda, or materials) highlighting inclusion of the required content, <u>within ninety (90) days of this Order</u>, unless such period is extended by this Court upon a showing of good cause;

(8) In furtherance of this Court's **SANCTIONS**, based on Mr. Thomas's failure to conform with this Court's expectations for professionalism and practice, Mr. Thomas is **FORMALLY REPRIMANDED**, pursuant to Fed. R. Civ. P. 11(c);

3

(9) In accordance with the terms of the Amended Order issued by the Honorable Robert B. Kugler on September 24, 2019, see Hood v. Victoria Crossing Townhouse Ass'n, Civ. No. 18-12259 (D.N.J.), at Dkt. No. 34, Mr. Thomas **REMAINS ENJOINED** from filing any further complaint, lawsuit, or petition, which pertains to or references any foreclosure action in this District, without prior authorization of the Court; and

(10) The Clerk of the Court shall **CLOSE** this case.

s/Renée Marie Bumb  
RENÉE MARIE BUMB  
UNITED STATES DISTRICT JUDGE